THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLYDE TOLBERT, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion granted to appeal on original papers, five typewritten briefs, and John Costello, Esq. of Syracuse assigned to conduct appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ZABRZENSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to reargue motion for leave to appeal as a poor person denied. If appellant has in his possession newly discovered evidence, it should be submitted in the form of a new application for a writ of habeas corpus at Special Term.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SMITH, Appellant.— Order of substitution of attorneys entered.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FERRARO, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD GROSSO, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS W. SCHROKE, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOLORES L. ROSE and WILFRED M. ROSE, Appellants.— Motion granted to appeal on copy of judgment roll, etc., and Robert W. Martin, Esq. of Buffalo assigned as counsel; time for argument of appeal enlarged to include September 1959 Term; application for additional copy of transcript denied. (*People* v. *Brown*, 3 A D 2d 696.) The appeal would normally be heard upon the judgment roll as prepared by the clerk in accordance with section 485 of the Code of Criminal Procedure. If the appellants desire additional material to be incorporated in the record, they must make application to the trial court for an order with respect thereto on appropriate notice. (*People* v. *Jameison*, 260 N. Y. 134.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN J. CARTER, Appellant.— Motion granted to appeal on certified copy of judgment roll, etc., five typewritten briefs, Henry E. Taylor, Esq. of Syracuse assigned as counsel and time for argument of appeal enlarged to include September 1959 Term of court.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY MECCA, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1959 Term of court.